# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:21-cv-00491 |
| ) | The Honorable Chief Judge Johnston |
| THE CITY OF GAULEY BRIDGE and ) | |
| LARRY ALLEN CLAY, JR., ) | |
| individually as a member of the Gauley ) | |
| Bridge Police Department, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RENEWED MOTION FOR LEAVE TO DEPOSE INCARCERATED INDIVIDUALS

**NOW COMES**, Plaintiff Jane Doe ("Plaintiff"), by counsel, and, pursuant to Fed. R. Civ. P. 30(a)(2)(B), moves the Court to depose certain incarcerated individuals as follows:

1. Defendant Larry Allen Clay, Jr. ("Chief Clay"), Kristen Naylor-Legg ("Ms. Naylor-Legg"), and Chirstopher Osborne ("Mr. Osborne") have all been named in Rule 26(a)(1) disclosures as individuals with knowledge or are otherwise believed to have discoverable information about this matter.

2. Upon information and belief, Chief Clay is currently incarcerated at the Carter County Detention Center in Grayson, Kentucky.

3. Upon information and belief, Ms. Naylor-Legg is currently incarcerated at South Central Regional Jail in Charleston, West Virginia.

4. Upon information and belief, Mr. Osborne is currently incarcerated at the Boyd County Detention Center in Catlettsburg, Kentucky.

2

5.     Pursuant to Fed. R. Civ. P. 30(a)(2)(B), an incarcerated individual cannot be deposed without leave of the Court.

**WHEREFORE**, Plaintiff moves this Court for leave to depose Defendant Larry Allen Clay, Jr., Kristen Naylor-Legg, and Chirstopher Osborne, all incarcerated individuals.

                      **JANE DOE,**
                      **By Counsel**

                      */s/ Russell A. Williams*
                      Stephen P. New (WVSB No. 7756)
                      Russell A. Williams (WVSB No. 12710)
                      New, Taylor & Associates
                      430 Harper Park Drive
                      Beckley, West Virginia 25801
                      (304) 250-6017
                      russell@newtaylorlaw.com
                      steve@newtaylorlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that a true and correct copy of the foregoing *PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE INCARCERATED INDIVIDUALS* was filed with the clerk on June 22, 2022 via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

/s/ Russell A. Williams
Russell A. Williams (WVSB No. 12710)
New, Taylor & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
russell@newtaylorlaw.com