IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JANE DOE,

        Plaintiff,

v.     CIVIL ACTION NO. 2:21-cv-00491

THE CITY OF GAULEY BRIDGE et al.,

        Defendants.

**JUDGMENT ORDER**

Pending before the Court is the City of Gauley Bridge's (the "City") Motion for Entry of Final Judgment. (ECF No. 75.) In accordance with the Memorandum Opinion and Order entered on August 22, 2022, the Court **GRANTS** the City's Motion to Dismiss, (ECF No. 37), and further **GRANTS** the City's Motion for Entry of Final Judgment, (ECF No. 75). Accordingly, it is **ORDERED** that judgment be, and it hereby is, entered in favor of the City.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     September 8, 2022

_____
THOMAS E. JOHNSTON, CHIEF JUDGE