IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JANE DOE,

    **Plaintiff**

v().                                              Civil Action No. 2:21-cv-00491
                                                           (Honorable Thomas E. Johnston)

**THE CITY OF GAULEY BRIDGE and
LARRY ALLEN CLAY, JR.
Individually as a member of the
Gauley Bridge Police Department,**

    **Defendants.**

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Attorney Mark G. Jeffries of Steptoe & Johnson PLLC, counsel of record for Defendant, The City of Gauley Bridge, is withdrawing as counsel in this action, and will have no further representation or role as counsel. Attorney Montè L. Williams and Anna V. Pugh of Steptoe & Johnson PLLC will remain as counsel of record for Defendant, The City of Gauley Bridge, in this action.

Dated this 6th day of December, 2023.

                                                    Respectfully submitted,

                                                    */s/ Mark G. Jeffries*
                                                    Montè L. Williams (WV Bar No. 9526)
                                                    STEPTOE & JOHNSON PLLC
                                                    P.O. Box 1616
                                                    Morgantown, WV  26507-1616
                                                    (304) 598-8000
                                                    monte.williams@steptoe-johnson.com

18526449

                                        Mark G. Jeffries (WV Bar No. 11618)
                                        Anna V. Pugh (WV Bar No. 14094)
                                        STEPTOE & JOHNSON PLLC
                                        400 White Oaks Boulevard
                                        Bridgeport, WV 26330-4500
                                        (304) 933-8000
                                        mark.jeffries@steptoe-johnson.com
                                        anna.pugh@steptoe-johnson.com

                                        *Counsel for Defendant*
                                        *The City of Gauley Bridge*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**JANE DOE,**

    **Plaintiff**

**v.**                                                                   Civil Action No. 2:21-cv-00491
                                                                         (Honorable Thomas E. Johnston)

**THE CITY OF GAULEY BRIDGE and**
**LARRY ALLEN CLAY, JR.**
**Individually as a member of the**
**Gauley Bridge Police Department,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2023, I served an exact and true copy of "***Notice of Withdrawal of Counsel***" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Stephen P. New, Esquire
> Russell A. Williams, Esquire
> NEW, TAYLOR & ASSOCIATES
> 430 Harper Park Drive
> Beckley, WV 25801
>
> *Counsel for Plaintiff*
>
> Cy A. Hill, Jr., Esquire
> Lora G. Walker, Esquire
> CIPRIANI & WERNER, P.C.
> 500 Lee Street East, Suite 900
> Charleston, WV  25301
>
> *Counsel for Defendant Larry A. Clay, Jr.*

18526449

                */s/ Mark G. Jeffries*
Montè L. Williams (WV Bar No. 9526)
STEPTOE & JOHNSON PLLC
P.O. Box 1616
Morgantown, WV  26507-1616
(304) 598-8000
monte.williams@steptoe-johnson.com

Mark G. Jeffries (WV Bar No. 11618)
Anna V. Pugh (WV Bar No. 14094)
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330-4500
(304) 933-8000
mark.jeffries@steptoe-johnson.com
anna.pugh@steptoe-johnson.com

*Counsel for Defendant*
*The City of Gauley Bridge*

18526449