# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **JANE DOE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:21-cv-00491 |
| ) | The Honorable Chief Judge Johnston |
| **THE CITY OF GAULEY BRIDGE and** ) | |
| **LARRY ALLEN CLAY, JR.,** ) | |
| individually as a member of the Gauley ) | |
| Bridge Police Department, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR NEW SCHEDULING ORDER

**NOW COMES**, Plaintiff Jane Doe ("Plaintiff"), by counsel, and moves this Court for new deadlines to conduct a Parties' Planning Meeting and new Scheduling Order pursuant to Rule 26(f) of the *Federal Rules of Civil Procedure* in this matter.

On August 31, 2023, the United States Court of Appeals for the Fourth Circuit dismissed Plaintiff's appeal on this Court's August 22, 2022 Order granting the City of Gauley Bridge's Motion to Dismiss and the City of Gauley Bridge's Rule 54(b) Motion due to lack of jurisdiction. The 4th Circuit's Mandate took effect on September 22, 2023.

Plaintiff hereby moves this Honorable Court for new deadlines in order to further prosecute this case in the District Court in light of the appellate court's lack of jurisdiction.

**JANE DOE,**
**By Counsel**

*/s/ Stephen P. New*
Stephen P. New (WVSB No. 7756)
Emilee B. Wooldridge (WVSB No. 14310)
Stephen New & Associates
430 Harper Park Drive

Beckley, West Virginia 25801
(304) 250-6017
steve@newlawoffice.com
emilee@newlawoffice.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:21-cv-00491 |
| ) | The Honorable Chief Judge Johnston |
| THE CITY OF GAULEY BRIDGE and ) | |
| LARRY ALLEN CLAY, JR., ) | |
| individually as a member of the Gauley ) | |
| Bridge Police Department, ) | |
| ) | |
|    Defendants. ) | |

## CERTIFICATE OF SERVICE

Undersigned counsel for Plaintiff does hereby certify that the foregoing *Motion for New Scheduling Order* was filed with the clerk on December 26, 2023 via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

                                                                             */s/ Stephen P. New*
                                                                             Stephen P. New (WVSB No. 7756)