# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

JANE DOE,

        Plaintiff,

v.                                  CIVIL ACTION NO. 2:21-cv-00491

THE CITY OF GAULEY BRIDGE et al.,

        Defendants.

## ORDER

Pending before the Court is Plaintiff's motion for a new scheduling order (ECF No. 88). The Court will hold a telephonic status conference on the pending motion on **January 22, 2024, at 1:30 p.m.** The call-in information for the call is as follows: 304-461-4955, then dial 763 844 504# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:       January 8, 2024

_____
THOMAS E. JOHNSTON, CHIEF JUDGE